IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                          §
                                                §
GULFSTREAM DIAGNOSTICS, LLC,                     §          Case No. 19-30159-11
                                                §
          Debtor.                                §

## NOTICE OF NON-CONSENT TO USE OF
## CASH COLLATERAL, AND DEMAND FOR SEQUESTRATION

**PLEASE TAKE NOTICE THAT** all revenues, income and all receivables (collectively "**Cash Collateral**") derived from the operations of the Debtor constitute cash collateral of Bank of America, N.A. ("**Secured Lender**") pursuant to *inter alia*, a Security Agreement dated August 10, 2017 in favor of Secured Lender (the "**Security Agreement**") and a Loan Agreement dated August 10, 2017 in favor of Secured Lender (a "**Line of Credit**").

**PLEASE TAKE FURTHER NOTICE** Secured Lender does not consent to the use or expenditure of the Cash Collateral by Debtor or any other person, and such use or expenditure is prohibited pursuant to *inter alia*, 11 U.S.C. § 363(c)(2).  In addition, Secured Lender hereby demands that all Cash Collateral be segregated and that Debtor immediately provide an accounting of such Cash Collateral to Secured Lender through its undersigned attorneys, as required by 11 U.S.C. §363 (c)(4).

Dated: January 16, 2019

Respectfully submitted,

By: / *s/ Bradley J. Purcell*
Keith M. Aurzada
Texas Bar No. 24009880
Bradley J. Purcell
Texas Bar No. 24063965
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
keith.aurzada@bclplaw.com
bradley.purcell@bclplaw.com
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)

Counsel for Plaintiff Bank of America, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served on January 16, 2019, *via* electronic mail to the parties subscribing to the Court's CM/ECF system in this case.

/ *s/ Bradley J. Purcell*
Bradley J. Purcell