BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

Gulfstream Diagnostics, LLC

Case No.: 19-30159

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 1/16/19

Maison Vasek/Chief Financial Officer
Signer/Title

Date: 1/16/2019

Signature of Attorney
Thomas D. Berghman 24082683
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
214-855-7500   Fax: 214-855-7584

46-4829123
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Mailing Matrix.txt

Adobe
345 Park Ave.
San Jose, CA   95110-2704

Aerotek
2600 N. Central Expwy.
Richardson, TX   75080

Air Power Sales & Service
823 West Marshall Ave.
Longview, TX   75601

Alliantgroup, LP
P. O. Box 4979
Houston, TX   77210-4979

allMedical Personnel
4000 Hollywood Blvd.
Suite 600-N
Hollywood, FL   33021

American Express
P. O. Box 650448
Dallas, TX   75265-4044

AT&T Mobility
P. O. Box 6463
Carol Stream, IL   60197

Bank of America N.A.
135 S. LaSalle St.
Suite 1125
Chicago, IL   60603

Bio-Rad Laboratories, Inc.
1000 Alfred Nobel Dr.
Hercules, CA   94547

BioChromato
10060 Carroll Canyon Rd.
Suite 100
San Diego, CA   92131

Block & Garden, LLP
5949 Sherry Lane
Suite 900
Dallas, TX   75225

By Referral Labels, Inc.
10372 Ashton Avenue
Los Angeles, CA   90024

C2M Tech
2315 Luna Road
Suite 100
Carrollton, TX   75006

CapInvest Management LLC
2621 Harrison St.
Bellwood, IL   60104

Capitol Scientific
2500 Rutland Dr.

Mailing Matrix.txt

Austin, TX 78758

Cardinal Health
P. O. Box 730112
Dallas, TX 75373

Caspian Industries, LLC
12655 N. Central Expressway
Suite #950
Dallas, TX 75243

Chase Medical Solutions
109 Freedom Rider Trail
Glen Mills, PA 19342

ClickMD Patients, LLC
3131 Timmons Ln. #3435
Houston, TX 77027

CMB Capital Holdings, LLC
219 NE 22nd St.
Delray Beach, FL 33444

CMK2 North Central II, LLC
9301 N. Central Expressway
Suite 580
Dallas, TX 75231

CompuGroup Medical US
10715 Red Run Blvd.
Suite 101
Owings Mills, MD 21117

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

Connect Marketing & Consultation, LLC
6362 Lindhurst Dr.
Traverse City, MI 49685

CT Corporation
P. O. Box 4349
Carol Stream, IL 60197-4349

D&S Laboratory Solutions, LLC
1803 Matilda St.
Dallas, TX 75206

Dallas County Tax Office
1201 Elm Street
Suite 2600
Dallas, TX 75270

Dallas Logistics, LLC
1420 Davey Road
Woodridge, IL 60517

Data Innovations, LLC
P. O. Box 101978
Atlanta, GA 30392-1978

David Light

Mailing Matrix.txt

```
663 Clifden Drive
Saint Charles, MO  63304

David Shultz
7231 Coronado Ave.
Dallas, TX  75214

DKBInnovative
Dept. 115
P. O. Box 650444
Dallas, TX  75265

Dr. William DePond
55 SW 9th St.
Suite 4303
Miami, FL  33130

Eagle Express
P. O. Box 59972
Dallas, TX  75229

eFAX
6922 Hollywood Blvd.
Ste. 900
Los Angeles, CA  90028-6129

Elliot Sauter PLLC
7557 Rambler Road
Suite 970
Dallas, TX  75231

Experian Health
P. O. Box 886133
Los Angeles, CA  90088-6133

Eyster Consulting, Inc.
5 Toxaway Lane
Lake Toxaway, NC  28747

FedEx
3875 Airways Blvd.
Memphis, TN  38116-5070

Frank G. Howard, Jr.
4021 Bryn Mawr
Dallas, TX  75225

Genotox Laboratories, Ltd.
2170 Woodward St.
Suite 100
Austin, TX  78744

Guardian
P. O. Box 677458
Dallas, TX  75267-7458

Gulfstream Capital Group LLC
9301 N. Central Expressway
Tower II, Suite 335
Dallas, TX  75231

HalfPenny
960  Harvest Drive
```

Mailing Matrix.txt

```
Building B, Ste. 200
Blue Bell, PA  19422

hc1.com
P. O. Box 775793
Chicago, IL  60677-5793

HMA Genetics, LLC
1521 Alton Road #339-B
Miami Beach, FL  33139

I3 Concepts
P. O. Box 234
Red Oak, TX  75154

Indigo BioAutomation, Inc.
385 City Center Drive
Suite 200
Carmel, IN  46032

Interconnections, Inc.
3021 S. Pine Street
Guthrie, OK  73044

IPFS Corporation
P. O. Box 730223
Dallas, TX  75373-0223

JAB Industries, Inc.
9998 Jamestown St.
Ventura, CA  93004

Keumars Zafar
1802 Huldy St.
Houston, TX  77019

KIPU Systems
55 Alhambra Plaza, 6th Floor
Coral Gables, FL  33134

Laboratory Broker, LLC
9204 Eisenhower Dr.
Apex, NC  27539

Liaison Technologies, Inc.
Dept. AT 952956
Atlanta, GA  31192-2956

LinkedIn Corporation
62228 Collections Center Drive
Chicago, IL  60693-0622

Lipomed Inc.
150 Cambridge Park Drive
Suite 705
Cambridge, MA  2140

Logix Communications
P. O. Box 3608
Houston, TX  77253-3608

Mangum Health, LLC
118 Frederick St.
```

Mailing Matrix.txt

Austin, TX 78704

Mauro's Services LLC
2010 B Greenview Dr.
Carrollton, TX 75010

McGrath Medical Solutions, LLC
2600 S. Rock Creek #16203
Superior, CO 80027

MDCarlyle Investments, LLC
1845 John Bryant Dr.
Conway, AR 72034

Media Directions
300 Knightsbridge Parkway
Suite 115
Lincolnshire, IL 60069

MedPro Disposal
P. O. Box 5683
Carol Stream, IL 60197

Medworxs Medical Developments, LLC
719 Sawdust Rd.
Suite 213
The Woodlands, TX 77380

Microsoft, Inc.
1 Microsoft Way
Redmond, WA 98052

Millipore Sigma
400 Summit Dr.
Burlington, MA 01803

Minuteman Press
11411 N. Central Expressway
Suite A
Dallas, TX 75243

Montgomery Coscia Greilich LLP
2500 Dallas Parkway
Ste. 300
Plano, TX 75093

Movestar Inc.
P. O. Box 800908
Dallas, TX 75380

NIK Health Services, LLC
820 Locust Road
Wilmette, IL 60091

NW Practice Management Services, LLC
15511 NE 22nd Place W488
Bellevue, WA 98007

Omar Fustok
1875 Post Oak Park
Apt. #130
Houston, TX 77027

Mailing Matrix.txt

OrchestrateHR
5050 Spring Valley Rd.
Dallas, TX  75244

Paypool LLC
P. O. Box 34781
Bethesda, MD  20827-0781

Pitney Bowes
1 Elmcroft Rd.
Stamford, CT  06926-0700

Practice Fusion
731 Market Street
Suite 400
San Francisco, CA  94103

Preferred Business Solutions
1701 W. Walnut Hill Lane
Irving, TX  75038

Premier Health Diagnostics, LLC
5209 Briarwood Ln.
Fort Worth, TX  76112

ProgRx, LLC
2315 Manorwood
Sugar Land, TX  77478

Quantum Analytics
3400 East Third Ave.
Foster City, CA  94404

Quest Diagnostics Clinical Laboratories
P. O. Box 677960
Dallas, TX  75267-7960

R&L Laboratory Services, LLC
201 3rd Avenue North
Amory, MS  38821

Rackspace US
P. O. Box 730759
Dallas, TX  75373-0759

Sarma Collections, Inc.
555 E. Ramsey
San Antonio, TX  78216

Siemens Healthcare Diagnostics
115 Norwood Park South
Norwood, MA  02062-4658

Staples Advantage
P. O. Box 70242
Philadelphia, PA  19176-0242

State of California
P. O. Box 942857
Sacramento, CA  94257-0021

Steve Williams
7393 Blairview

Mailing Matrix.txt

Dallas, TX 75230

TexMed Solutions, LLC
18826 Canyon View Pass
Helotes, TX 78023

Thompson & Knight LLP
P. O. Box 660684
Dallas, TX 75266-0684

Thomson Reuters (GRC) Inc.
P. O. Box 417175
Boston, MA 02241-7175

Time Warner Cable
P. O. Box 60074
City of Industry, CA 91716-0074

TruNorth Enterprises, LLC
1405 Chesterton Dr.
Richardson, TX 75080

UBEO of North Texas Inc.
P. O. Box 41602
Philadelphia, PA 19101-1602

UPS
P. O. Box 7247-0244
Philadelphia, PA 19176-0242

Warren W Garden PC
5949 Sherry Lane
Suite 900
Dallas, TX 75225

Whitley Penn
1400 West 7th Street
Suite 400
Fort Worth, TX 76102

Willis of Texas, Inc.
P. O. Box 731739
Dallas, TX 75373-1739

Wrigley Medical Solutions, LLC
15444 N. Greenway Hayden Loop
Suite 201-E
Scottsdale, AZ 85260